# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| IN RE: IH 1, Inc., *et al.,* | : | CASE NO. 09-10982-PJW |
| | : | |
| Debtors | : | |
| | : | |
| GEORGE L. MILLER, | : | |
| Chapter 7 Trustee, | : | ADVERSARY NO. 12-50713-PJW |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | |
| | : | |
| KIRKLAND & ELLIS LLP, | : | |
| | : | |
| | : | |
| Defendant. | : | |

## KIRKLAND & ELLIS LLP'S
## MOTION TO STAY

Defendant Kirkland & Ellis LLP ("Kirkland"), by and through its undersigned counsel, brings this Motion to Stay. Kirkland relies upon its memorandum of law to support this motion and respectfully requests that the Court enter the proposed form of Order staying this action.

**FOX ROTHSCHILD LLP**

*/s/ Seth A. Niederman*
Seth A. Niederman (No. 4588)
Maura L. Burke (No. 5313)
919 N. Market Street, Suite 1300
Wilmington, DE  19801-3045
Tel: (302) 654-7444/Fax: (302) 656-8920

-and-

1

Abraham C. Reich (admitted pro hac vice)
Peter C. Buckley (admitted pro hac vice)
2000 Market Street, Twentieth Floor
Philadelphia, PA  19103-3222
Tel: (215) 299-2000/Fax: (215) 299-2150

*Attorneys for Defendant,*
*Kirkland & Ellis LLP*

2