UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

JUDGE PETER J. WALSH                                         824 MARKET STREET
                                                             WILMINGTON, DE 19801
                                                                 (302) 252-2925

April 7, 2014

Seth A. Niederman                    Jesse N. Silverman
Maura L. Burke                       DILWORTH PAXSON LLP
FOX ROTHSCHILD LLP                   One Customs House
919 N. Market Street, Suite 1300     Suite 500
Wilmington, DE 19801-3045            704 King Street
                                     P.O. Box 1031
Abraham C. Reich                     Wilmington, DE 19801
Peter C. Buckley
FOX ROTHSCHILD LLP                   Maura Fay McIlvain
2000 Market Street                   DILWORTH PAXSON LLP
Twentieth Floor                      1500 Market Street
Philadelphia, PA 19103-3222          Suite 3500E
                                     Philadelphia, PA 19102
Attorneys for Defendant
Kirkland & Ellis LLP                 Counsel to Plaintiff

**Re: George L. Miller v. Kirkland & Ellis LLP**
    **Adv. Proc. No. 12-50713 (PJW)**

Dear Counsel:

　　This is with respect to Kirkland & Ellis LLP's Motion To Stay. (Doc. # 39.)  I am denying the motion.

　　According to the outstanding scheduling order, the discovery phase of the case is to be concluded on September 26, 2014.  According to the District Court docket in <u>Miller v. Sun Capital Partners, Inc., et al.</u>, the District Court will hear oral argument on the Motion to Withdraw the Reference on September 4, 2014.  I think it would be a waste of time to do nothing in the

matter before me while we wait for a decision by the District Court on the Motion to Withdraw the Reference.

**SO ORDERED.**

Very truly yours,

Peter J. Walsh

PJW:ipm