# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE: IH 1, et al. | Case Number 09-10982 (PJW) |
| George L. Miller, Chapter 7 Trustee, | Adversary Case Number: 12-50713 (PJW) |
| Plaintiff, | |
| v. | |
| Kirkland & Ellis LLP<br>300 North LaSalle<br>Chicago, IL 60654 | JURY TRIAL DEMANDED |
| Defendant. | |

## CERTIFICATION OF COUNSEL REGARDING ORDER APPROVING STIPULATION REGARDING SIXTH AMENDED SCHEDULING ORDER

I, Seth Niederman, Esquire, of Fox Rothschild LLP, counsel for the Defendant in the above-captioned adversary proceeding, hereby certify as follows:

1. On May 14, 2012, George L. Miller (the "Plaintiff"), the Chapter 7 Trustee of IH 1, Inc., et al., commenced the above-captioned adversary proceeding by filing a complaint (the "Complaint") against Kirkland & Ellis LLP (the "Defendant").

2. On December 4, 2012, the Case Scheduling Order (the "Scheduling Order") was entered by the Court setting forth the schedule for deadlines in this adversary proceeding.

3. On May 20, 2013, a Stipulation Regarding Amended Scheduling Order was approved by Order of this Court (D.I. 33).

4. On October 31, 2013, a Stipulation Regarding Second Amended Scheduling Order was approved by Order of this Court (D.I. 36).

5. On February 11, 2014, a Stipulation Regarding Third Amended Scheduling Order was approved by Order of this Court (D.I. 38).

6.      On July 9, 2014, a Stipulation Regarding Fourth Amended Scheduling Order was approved by Order of this Court (D.I. 52).

7.      On July 9, 2014, a Stipulation Regarding Fifth Amended Scheduling Order was approved by Order of this Court (D.I. 53).

8.      Despite the parties' best efforts, have been unable to complete the deposition of Defendant's Rule 30(b)(6) witness on all topics identified by the non-expert discovery deadline set forth in the Order approved on July 9, 2014 (D.I. 53).

9.      The parties request to have an amended Scheduling Order entered.

10.      A Stipulation Regarding Sixth Amended Scheduling Order (the "Stipulation") reflecting the agreement is attached hereto as Exhibit "A".

11.      I respectfully request that the Court enter the Order attached hereto as Exhibit "B" approving the Stipulation at its earliest convenience.

Dated: August 15, 2014                                FOX ROTHSCHILD LLP

*/s/ Maura L. Burke*
Seth Niederman, Esquire (No. 4588)
Maura L. Burke, Esquire (No. 5313
919 N. Market Street, Suite 1300
Wilmington, DE 19801-33045
Tel: (302) 654-7444/Fax: (302)656-8920
and
Abraham C. Reich, Esquire
Peter C. Buckley, Esquire
2000 Market Street, Twentieth Floor
Philadelphia, PA 19103-3291
Tel: (215) 299-2000/Fax: (215) 299-2150

*Attorneys for Defendant,*
*Kirkland & Ellis, LLP*