# Exhibit "A"

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| IN RE: IH 1, et al. | : | Case Number 09-10982 (PJW) |
| | : | |
| George L. Miller, Chapter 7 Trustee, | : | Adversary Case Number: 12-50713 (PJW) |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | |
| | : | |
| Kirkland & Ellis LLP | : | JURY TRIAL DEMANDED |
| 300 North LaSalle | : | |
| Chicago, IL 60654 | : | |
| | : | |
| Defendant. | : | |

**STIPULATION REGARDING SIXTH AMENDED SCHEDULING ORDER**

George L. Miller, Chapter 7 Trustee ("Plaintiff") and Kirkland & Ellis LLP ("Defendant") hereby stipulate as follows:

WHEREAS, on May 14, 2012, the Plaintiff initiated the above-captioned adversary proceeding by filing a complaint ("Complaint") alleging claims for aiding and abetting breach of fiduciary duty and professional negligence against Defendant; and

WHEREAS, the Court conducted a pretrial scheduling conference in this matter on November 15, 2012; and

WHEREAS, the parties submitted a Stipulation Regarding Scheduling Order which Scheduling Order was approved by this Court on December 4, 2012 (D.I. 28); and

WHEREAS, in keeping with the Scheduling Order since December 17, 2012 the parties have exchanged Self-Executing Disclosures, E-discovery disclosures and written discovery requests; and

1

WHEREAS, despite the parties' efforts, they determined that they would be unable to conclude discovery in accordance with the Order approved on December 4, 2012 (D.I. 28); and

WHEREAS, the parties entered into a Stipulation Regarding Amended Scheduling Order which Stipulation was approved by Order of this Court dated May 20, 2013 (D.I. 33); and

WHEREAS, despite the parties' efforts, they determined that they would be unable to conclude discovery in accordance with the Order approved on May 20, 2013 (D.I. 33); and

WHEREAS, the parties entered into a Stipulation Regarding Second Amended Scheduling Order which Stipulation was approved by Order of this Court dated October 31, 2013 (D.I. 36); and

WHEREAS, despite the parties' efforts, they determined that they would be unable to conclude discovery in accordance with the Order approved on October 31, 2013 (D.I. 36); and

WHEREAS, the parties entered into a Stipulation Regarding Third Amended Scheduling Order which Stipulation was approved by Order of this Court dated February 11, 2014 (D.I. 38); and

WHEREAS, despite the parties' efforts, they determined that they would be unable to conclude discovery in accordance with the Order approved on February 11, 2014 (D.I. 38); and

WHEREAS, the parties entered into a Stipulation Regarding Fourth Amended Scheduling Order which Stipulation was approved by Order of this Court dated July 9, 2014 (D.I. 52); and

WHEREAS, despite the parties' efforts, they determined that they would be unable to conclude discovery in accordance with the Order of this Court dated July 9, 2014 (D.I. 52); and

WHEREAS, the parties entered into a Stipulation Regarding Fifth Amended Scheduling Order, which provided an extension of for the completion of the deposition(s) of Defendant's

Rule 30(b)(6) witness(es), that was approved by Order of this Court dated July 9, 2014 (D.I. 53); and

WHEREAS, the parties have been conferring about the topics on which Plaintiff intends to depose Defendant's Rule 30(b)(6) witness(es); and

WHEREAS, despite the parties' efforts, they determined that they would be unable to complete the deposition(s) of Defendant's Rule 30(b)(6) witness(es) on agreed upon topics by the non-expert discovery deadline set forth in the Order approved on July 9, 2014 (D.I. 53);

WHEREFORE, the Plaintiff and Defendant agree, subject to Court approval, as follows:

1. For the limited purpose of completing the deposition of Defendant's Rule 30(b)(6) witness(es), non-expert discovery will conclude on **October 13, 2014**. All other non-expert discovery has been concluded;

2. Plaintiff shall designate his expert(s) and serve copies of all initial expert report(s) on **November 13, 2014**;

3. Defendant shall designate its expert(s) and serve copies of all rebuttal expert report(s) on **December 12, 2014**.

4. Expert discovery shall conclude on **February 2, 2015**.

5. Dispositive Motions shall be served and filed on or before **February 17, 2015**.

| | |
|---|---|
| Dated: August 15, 2014 | Dated: August 15, 2014 |
| FOX ROTHSCHILD LLP | DILWORTH PAXSON LLP |
| By: */s/ Maura L. Burke* | By: */s/ Jesse N. Silverman* |
| Seth Niederman, Esquire (No. 4588) | Jesse N. Silverman, Esquire (No. 5446) |
| Maura L. Burke, Esquire (No. 5313 | One Customs House- Suite 500 |
| 919 N. Market Street, Suite 1300 | 740 King Street, P.O. Box 1031 |
| Wilmington, DE 19801-33045 | Wilmington, DE 19801 |
| Tel: (302) 654-7444/Fax: (302)656-8920 | Tel: (302) 571-9800/Fax: (302) 571-8875 |

| | |
|---|---|
| and | and |
| Abraham C. Reich, Esquire | Maura Fay McIlvain, Esquire |
| Peter C. Buckley, Esquire | (*pro hac* admission) |
| 2000 Market Street, Twentieth Floor | 1500 Market Street, Suite 3500E |
| Philadelphia, PA 19103-3291 | Philadelphia, PA 19102 |
| Tel: (215) 299-2000/Fax: (215) 299-2150 | Tel: (215) 575-7000/Fax: (215) 575-7200 |
| | |
| *Attorneys for Defendant,* | *Attorneys for Plaintiff, George L. Miller* |
| *Kirkland & Ellis, LLP* | *Chapter 7 Trustee* |