# Exhibit "A"

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE: IH 1, et al. | Case Number 09-10982 (LSS) |
| George L. Miller, Chapter 7 Trustee, | Adversary Case Number: 12-50713 (LSS) |
| Plaintiff, | |
| v. | |
| Kirkland & Ellis LLP<br>300 North LaSalle<br>Chicago, IL 60654 | JURY TRIAL DEMANDED |
| Defendant. | |

### STIPULATION REGARDING EIGHTH AMENDED SCHEDULING ORDER

George L. Miller, Chapter 7 Trustee ("Plaintiff") and Kirkland & Ellis LLP ("Defendant") hereby stipulate as follows:

WHEREAS, the parties entered into a Stipulation Regarding Seventh Amended Scheduling Order that was approved by Order of this Court dated December 2, 2014 (D.I. 58); and

WHEREAS, the parties have determined that due to scheduling issues with the depositions of the expert witnesses, they would be unable to conclude remaining expert discovery and file dispositive motions in accordance with the Order of this Court dated December 2, 2014 (D.I. 58); and

WHEREAS, the parties entered into a Stipulation Regarding Eighth Amended Scheduling Order to extend the time to conclude remaining expert discovery and to file dispositive motions; and

1

WHEREFORE, the Plaintiff and Defendant agree, subject to Court approval, as follows:

1. Expert discovery shall conclude on May 15, 2015;

2. Dispositive Motions shall be served and filed on or before June 5, 2015.

Dated: February 26, 2015

FOX ROTHSCHILD LLP

By: */s/ Maura L. Burke*
Seth Niederman, Esquire (No. 4588)
Maura L. Burke, Esquire (No. 5313)
919 N. Market Street, Suite 300
Wilmington, DE 19801-33045
Tel: (302) 654-7444/Fax: (302)656-8920

and
Abraham C. Reich, Esquire
Peter C. Buckley, Esquire
2000 Market Street, Twentieth Floor
Philadelphia, PA 19103-3291
Tel: (215) 299-2000/Fax: (215) 299-2150

*Attorneys for Defendant,*
*Kirkland & Ellis, LLP*

Dated: February 26, 2015

DILWORTH PAXSON LLP

By: */s/ Jesse N. Silverman*
Jesse N. Silverman, Esquire (No. 5446)
One Customs House- Suite 500
740 King Street, P.O. Box 1031
Wilmington, DE 19801
Tel: (302) 571-9800/Fax: (302) 571-8875

and
Maura Fay McIlvain, Esquire
(*pro hac* admission)
1500 Market Street, Suite 3500E
Philadelphia, PA 19102
Tel: (215) 575-7000/Fax: (215) 575-7200

*Attorneys for Plaintiff, George L. Miller*
*Chapter 7 Trustee*