IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE: IH 1, et al. | Case Number 09-10982 (LSS) |
| George L. Miller, Chapter 7 Trustee, | Adversary Case Number: 12-50713 (LSS) |
| Plaintiff, | |
| v. | |
| Kirkland & Ellis LLP<br>300 North LaSalle<br>Chicago, IL 60654 | JURY TRIAL DEMANDED |
| Defendant. | |

**ORDER APPROVING STIPULATION REGARDING
<u>EIGHTH AMENDED SCHEDULING ORDER</u>**

This Court, having considered the Stipulation Regarding Eighth Amended Scheduling Order (the "Stipulation") between George L. Miller, in his capacity as Chapter 7 Trustee, and Kirkland & Ellis LLP, attached as Exhibit "A" to the Certification; the Court having determined that good and adequate cause exists for approval of the Stipulation; and the Court having determined that no further notice of the Stipulation must be given; it is hereby ORDERED that the Stipulation is approved.

Dated: February 26, 2015
Wilmington, Delaware

The Honorable Laurie Selber Silverstein
United States Bankruptcy Court Judge