## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: IH 1, Inc., et al., | Case No. 09-10982 (LSS) |
| Debtor. | |
| GEORGE L. MILLER, Chapter 7 Trustee, | |
| Plaintiff, | Adversary No. 12-50713 (LSS) |
| v. | |
| KIRKLAND & ELLIS LLP, | |
| Defendant. | |

### KIRKLAND & ELLIS LLP'S
### MOTION FOR SUMMARY JUDGMENT

Defendant Kirkland & Ellis LLP ("Kirkland"), by and through its undersigned counsel, brings this Motion for Summary Judgment pursuant to Fed.R.Bankr.P. 7056 and Fed.R.Civ.P. 56 on Counts I and II of the Complaint filed by plaintiff George L. Miller, the Chapter 7 Trustee of IH 1, Inc., IH 2, Inc., IH 3, Inc., IH 4, Inc., and IH 5, Inc. ("Plaintiff").

Pursuant to Local Rule 7007-1(a), Kirkland has filed contemporaneously herewith a memorandum of law and exhibits, upon which it relies to support this motion. Kirkland respectfully requests that the Court enter the proposed form of Order granting summary judgment in its favor and against Plaintiff.

1

Dated:  June 19, 2015                              FOX ROTHSCHILD LLP

                                                   */s/ Maura L. Burke*
                                                   Seth Niederman, Esquire (No. 4588)
                                                   Maura L. Burke, Esquire (No. 5313)
                                                   919 N. Market Street, Suite 300
                                                   Wilmington, Delaware 19801-3045
                                                   Tel: (302) 654-7444/Fax: (302) 656-8920

                                                       -and-

                                                   Abraham C. Reich (admitted pro hac vice)
                                                   Peter C. Buckley (admitted pro hac vice)
                                                   2000 Market Street, Twentieth Floor
                                                   Philadelphia, Pennsylvania 19103-3222
                                                   Tel: (215) 299-2090/Fax: (215) 299-2150

                                                   *Attorneys for Defendant*
                                                   *Kirkland & Ellis LLP*