# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| IN RE: IH 1, Inc., *et al.*, | : | CASE NO. 09-10982-PJW |
| | : | |
| Debtors | : | |
| | : | |
| GEORGE L. MILLER, | : | |
| Chapter 7 Trustee, | : | ADVERSARY NO. 12-50713-PJW |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | |
| | : | |
| KIRKLAND & ELLIS LLP, | : | |
| | : | |
| Defendant. | : | |

## NOTICE OF COMPLETION OF BRIEFING ON
## KIRKLAND & ELLIS LLP'S MOTION FOR SUMMARY JUDGMENT

PLEASE TAKE NOTICE that briefing on *Kirkland & Ellis LLP's Motion for Summary Judgment* (the "Motion") has been completed. The following documents are the pleadings relevant to the Motion:

1. (Under Seal) *Memorandum of Law in Support of Kirkland & Ellis LLP's Motion for Summary Judgment* filed by the Defendant under seal, with exhibits filed under seal [Docket No. 67; Filed on June 19, 2015];

2. *Kirkland & Ellis LLP's Motion for Summary Judgment* filed by the Defendant [Docket No. 68; Filed on June 19, 2015];

3. (Redacted) *Memorandum of Law in Support of Kirkland & Ellis LLP's Motion for Summary Judgment* filed by the Defendant under seal, with exhibits filed under seal [Docket No. 69; Filed on June 19, 2015];

4. *Appendix to Memorandum of Law in Support of Kirkland & Ellis LLP's Motion for Summary Judgment* filed by the Defendant [Docket No. 70; Filed on June 19, 2015];

5. (Under Seal) *Plaintiff's Opposition to Kirkland & Ellis LLP's Motion for Summary Judgment* filed by the Plaintiff under seal, with exhibits [Docket Nos. 72; Filed on July 9, 2015];

6. (Redacted) *Plaintiff's Opposition to Kirkland & Ellis LLP's Motion for Summary Judgment* filed by the Plaintiff, with exhibits [Docket No. 73; Filed on July 9, 2015];

7. *Reply Brief in Support of Kirkland & Ellis LLP's Motion for Summary Judgment* filed by the Defendant with Supplemental Appendix [Docket No. 74; Filed on July 20, 2015].

8. *Kirkland & Ellis LLP's Request for Oral Argument Regarding Its Motion for Summary Judgment* filed by the Defendant [Docket No. 75; Filed on July 20, 2015].

WHEREFORE, the Defendant, Kirkland & Ellis, LLP, hereby notifies the Court, and all parties in interest, that briefing on the Motion is hereby complete.

**FOX ROTHSCHILD LLP**

/s/ Maura L. Burke
Seth A. Niederman (No. 4588)
Maura L. Burke (No. 5313)
919 N. Market Street, Suite 1300
Wilmington, Delaware 19801-3045
Tel: (302) 654-7444/Fax: (302) 656-8920

and

Abraham C. Reich (admitted pro hac vice)
Peter C. Buckley (admitted pro hac vice)
2000 Market Street, Twentieth Floor
Philadelphia, Pennsylvania 19103-3222
Tel: (215) 299-2090/Fax: (215) 299-2150

Attorneys for Defendant
Kirkland & Ellis LLP

Dated: July 31, 2015

**CERTIFICATE OF SERVICE**

I do hereby certify that service of the Notice of Completion of Briefing was made this day, via U.S. Mail upon the following:

Jesse N. Silverman, Esquire
DILWORTH PAXSON LLP
One Customs House – Suite 500
704 King Street
P.O. Box 1031
Wilmington, DE  19801

and

Maura Fay McIlvain, Esquire
DILWORTH PAXSON LLP
1500 Market Street, Suite 3500E
Philadelphia, PA  19102

Attorneys for Plaintiff

*/s/ Maura L. Burke*
Maura L. Burke

Dated: July 31, 2015